STATE OF NEW JERSEY v. BRUCE ROBINSON.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY HOWARD.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD GERLOCK.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL COLVIN.

September 5, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT WAYNE LANTERMAN.

September 5, 1986.

Petition for certification denied.